NOT FOR PUBLICATION IN WEST'S HAWAI'I REPORTS AND PACIFIC REPORTER

Electronically Filed
Intermediate Court of Appeals
CAAP-13-0001477
05-SEP-2013
09:09 AM

NO. CAAP-13-0001477

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

STATE OF HAWAI'I, Plaintiff-Appellee, v.
BRIAN MALLORY, Defendant-Appellee, and
EXODUS BAIL BONDS, Real Party in Interest-Appellant

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CR. NO. 12-1-0581)

ORDER GRANTING EXODUS BAIL BONDS'S
AUGUST 25, 2013 WITHDRAWAL OF APPEAL
(By: Nakamura, C.J, Leonard and Reifurth, JJ.)

Upon consideration of the Withdrawal of Appeal, filed August 25, 2013, by Real Party in Interest-Appellant Exodus Bail Bonds, which the court construes as a motion to dismiss the appeal, pursuant to Hawai'i Rules of Appellate Procedure Rule 42(b), and the record,

IT IS HEREBY ORDERED that the motion to dismiss the appeal is granted and the appeal is dismissed.

DATED: Honolulu, Hawai'i, September 5, 2013.

Chief Judge

Associate Judge

Associate Judge